# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00856-CV

**Dennis Hewitt, Appellant**

**v.**

**Austin Hi-Tech Restoration, Inc., Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-13-007854, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant has filed an agreed motion to dismiss this appeal, explaining that the parties have executed a settlement agreement resolving the dispute underlying this appeal. We grant the motion to dismiss. As requested in the motion, we vacate the trial court's judgment and dismiss the case in its entirety. *See* Tex. R. App. P. 42.1(a)(2), 43.2(e).

_____

Scott K. Field, Justice

Before Justices Puryear, Goodwin and Field

Vacated and Dismissed

Filed: March 11, 2014